United States Courts
Southern District of Texas
FILED

JUL 26 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | H 12 -462 |
| | : | VIOLATION: |
| STEVEN THOMAS STANCIL | : | |
| | : | 18 U.S.C. § 1832(a)(4) |
| ( Defendant) | : | (Trade Secrets) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE:

(Attempted theft of Trade Secrets)

18 U.S.C. Sec. 1832(a)(4)

On or about November of 2009, in the Southern District of Texas, the defendant, **Steven Thomas Stancil,** did attempt to steal, duplicate, transmit, and possess without authorization a trade secret, specifically, manufacturing drawings, engineering material specifications, and customer databases, that are related to or included in a product that is produced for or placed in interstate or foreign commerce, to the economic benefit of himself, knowing and intending that the offense will injure the owner of the trade secret, Mogas Industries, Inc.

1

In violation of Title 18 United States Code § 1832(a)(4).

A TRUE BILL:

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY

Kenneth Magidson
United States Attorney

*S. Mark McIntyre* (signature)
S. Mark McIntyre
Assistant United States Attorney
(713) 567-9572